NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROLANDO JENKINS, DOC #522996,          )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D15-4684
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed January 9, 2019.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Rolando Jenkins, pro se.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.



LaROSE, C.J., and NORTHCUTT and KHOUZAM, JJ., Concur.